## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-cr-00341-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MICHAEL ANSBERRY,

    Defendant.

---

## INDICTMENT
### 18 U.S.C. § 2332a – Use and Attempted Use of Weapon of Mass Destruction

---

### COUNT ONE

The Grand Jury charges that:

On or about October 11, 2016, in the State and District of Colorado, the defendant, DAVID MICHAEL ANSBERRY, a/k/a Jessie Howard, acting without lawful authority, did knowingly use and attempt to use a weapon of mass destruction, namely, a destructive device as defined in Title 18, United States Code, Section 921, against a person and property within the United States, and: (1) such property was used in interstate and foreign commerce and in an activity that affected interstate commerce; (2) the mail and a facility of interstate and foreign commerce was used in furtherance of the offense; (3) the defendant traveled in interstate and foreign commerce in furtherance of the offense; and (4) the offense and the results of that offense, if completed, would have affected interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2332a(a)(2).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

ROBERT C. TROYER
Acting United States Attorney

By: *s/Gregory A. Holloway*
GREGORY A. HOLLOWAY, WSBA #28743
Assistant U.S. Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: gregory.holloway@udsoj.gov
Attorney for the Government

*s/Mara M. Kohn*
MARA M. KOHN, SDBA # 2281
Trial Attorney, Counterterrorism Section
United States Department of Justice, National Security Division
950 Pennsylvania Ave, NW
Washington, DC 20530
Telephone: (202)532-4592
Fax: (202)514-8714
E-mail: mara.kohn2@usdoj.gov
Attorney for the Government