AO 442 (Rev. 11/11) Arrest Warrant

46851-424

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2016 NOV -8 PM 2:18
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| | ) Case No.  16-mj-01162-MJW |
| | ) |
| DAVID MICHAEL ANSBERRY | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **DAVID MICHAEL ANSBERRY**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i) – Arson of a Building and other Real Property in Interstate Commerce

Date: 3:33 pm, Oct 15, 2016

_____
*Issuing officer's signature*

City and state:  Denver, Colorado

Michael J. Watanabe U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/15/2016, and the person was arrested on *(date)* 11/07/2016
at *(city and state)* DENVER, COLORADO.

Date: 11/07/2016

_____
*Arresting officer's signature*

DANTE G. SALAZAR, DEPUTY US MARSHAL
*Printed name and title*